UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                Plaintiff,<br><br>        v.<br><br>JULIUS B. SUPNET,<br>                                Defendant. | Case No. CR20-137 JCC<br><br>ORDER |

The matter before the Court is Defendant Julius Supnet's motion for review of his detention order. (Dkt. # 153.) Defendant is charged with one count of conspiracy to distribute methamphetamine, heroin, and fentanyl in violation of 21 U.S.C § 841(a)(1) and § 846; one count of possession of heroin and fentanyl with intent to distribute in violation of 21 U.S.C. § 841(a)(1) and § 841(b)(1)(B), (C); one count of carrying a firearm during and in relation to a drug trafficking crime in violation of 18 U.S.C. § 924(c); three counts of possession of methamphetamine with the intent to distribute in violation of 21 U.S.C. § 841(a)(1) and § 841(b)(1)(A); and one count of possession of heroin with the intent to distribute in violation of 21 U.S.C. § 841(a)(1) and § 841(b)(1)(B). On September 22, 2020, the Court held a hearing via a WebEx videoconference due to the exigent circumstances as outlined in General Order 13-20,

ORDER - 1

with the consent of Defendant. Defendant stipulated to detention and the Court ordered him detained and remanded to custody. (Dkt. # 112.)

On March 17, 2021, the Court heard oral argument regarding Defendant's motion for review of detention. (Dkt. # 163.) The Court GRANTED the motion to reopen the detention hearing. As stated on the record, after hearing from all parties, the Court found Defendant is a risk of danger due to the nature of the instant offense and that he has pending felony charges in Skagit County involving pointing a firearm at another vehicle. Further, Defendant has prior a criminal history. The Court also found Defendant is a flight risk because of his history of failing to appear, outstanding warrants, pending charges, ties to a foreign country and unstable residential history. For the foregoing reasons, and reasons stated on the record, the Court grants Defendant's motion and remands Defendant to custody pending trial.

Dated this 19th day of March, 2021.

_____
MICHELLE L. PETERSON
United States Magistrate Judge